**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Timothy Spivy v. The State of Texas

Appellate case number:   01-13-00254-CR

Trial court case number: 1364113

Trial court:             351st District Court of Harris County


On September 20, 2013, Appellant filed a Motion to Abate, explaining the trial court has indicated a need for sixty (60) days to prepare findings of fact and conclusions of law regarding admissibility of statements made by appellant. The motion is **GRANTED**.

This appeal is abated and removed from this Court's active docket until the sooner of sixty (60) days from the date of this order, or ten (10) days after the trial judge has issued his findings of fact and conclusions of law. The district clerk is **ORDERED** to prepare and file with this Court a supplemental record containing the findings of fact and conclusions of law within ten (10) days of same being issued.

It is so ORDERED.


Judge's signature:  <u>Rebeca Huddle</u>
                    <u>X</u>  Acting individually    ☐  Acting for the Court


Date: <u>September 26, 2013</u>